IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

Case No. 3:12-cv-0278

(1) 1983 OLDSMOBILE CUTLASS
VIN: 1G3AK4796DM409256, et. al.
    Defendant(s)

**ORDER**

The within case is found to be suitable for administrative processing.

November 6, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT COURT

AOProcessing/"Case stayed pending resolution of underlying criminal case"